UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DIALLO E. UHURU,<br><br>    Plaintiff,<br><br>  v.<br><br>ELLEN GREENMAN, et al.,<br><br>    Defendants. | No. CV 07-02937-JVS (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE FIRST AMENDED COMPLAINT |

Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, (2) granting Defendants' Motion to Dismiss First Amended First Amended Complaint, and (3) directing that Judgment be entered dismissing the First Amended Complaint, and the action, with prejudice.

DATED: October 27, 2009

                                              JAMES V. SELNA
                                              UNITED STATES DISTRICT JUDGE