JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| DIALLO E. UHURU, | ) | No. CV 07-02937-JVS (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| ELLEN GREENMAN, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the First Amended Complaint and entire action with prejudice.

DATED: October 27, 2009

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE